**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-6895

———————

WILLIE ALBERT JONES,

Petitioner - Appellant,

versus

WILLIAM STAFFORD, Major,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Chief District Judge. (CA-98-45-1-2-MU)

———————

Submitted: April 29, 1999          Decided: May 4, 1999

———————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie Albert Jones, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Albert Jones filed a notice of appeal after the district court dismissed his petition for relief ostensibly filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). However, Jones's informal brief states that he is attempting to appeal state court judgments entered on July 14, 1997, and December 12, 1997. Further, the record suggests that the proceeding Jones seeks to challenge is ongoing in state court. Lower federal courts do not have jurisdiction to review state court proceedings. See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 476 (1983). Accordingly, we affirm the dismissal of Jones's petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED